IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAKHRAJ MANOHAR and
DONNIE JAMES                                                    PLAINTIFFS

v.                          No. 3:14-cv-247-DPM

JOE BANKS, Bail Bondsman at
T-Gard Bail Bond Co.                                             DEFENDANT

## ORDER

Manohar has not paid the $400.00 filing and administrative fees, or filed an application for leave to proceed *in forma pauperis*. Manohar must do one or the other by 5 June 2015, or his complaint will be dismissed. The Court directs the Clerk to mail an *in forma pauperis* application to Manohar.

James's claims are dismissed without prejudice. James has not signed the complaint, and the factual allegations relate only to Manohar. If James wishes to pursue claims of his own, he may do so in a different lawsuit.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 May 2015