# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**LAKHRAJ MANOHAR**                                    **PLAINTIFFS**

v.                         **No. 3:14-cv-247-DPM**

**JOE BANKS, Bail Bondsman at**
**T-Gard Bail Bond Co.**                          **DEFENDANT**

## ORDER

The Court warned Manohar that if he did not either submit an application for leave to proceed *in forma pauperis* or pay the $400 filing and administrative fees by 5 June 2015, then the Court would dismiss his complaint without prejudice. № 3. Manohar has not responded, and the time to do so has passed. Manohar's complaint is therefore dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
30 June 2015