IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAKHRAJ MANOHAR and
DONNIE JAMES                                                      PLAINTIFFS

v.                           No. 3:14-cv-247-DPM

JOE BANKS, Bail Bondsman at
T-Gard Bail Bond Co.                                               DEFENDANT

## JUDGMENT

Manohar and James's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2015